ELIZABETH THOMAS V. STATE OF NEBRASKA.

FILED NOVEMBER 5, 1931.   No. 28018.

*S. D. Killen* and *A. J. Van Borkum,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *L. R. Newkirk, contra.*

Heard before ROSE, GOOD and DAY, JJ., and NISLEY, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by Elizabeth Thomas to review the judgment of the district court for Gage county, wherein she was convicted of the possession of intoxicating liquor for unlawful sale, use, and disposition.

We have carefully examined the record and find the same to be free from prejudicial error.   The judgment of the district court is therefore

AFFIRMED.